UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

NICHOLAS FITZPATRICK,

       Plaintiff,                                    Case No. 1:06-cv-499

v.                                                        Hon. Richard Alan Enslen

MARCIA WILLIAMS, et al.,

       Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 21, 2007, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Rule 56(b) Motion for Summary Judgment (Dkt. No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
July 18, 2007                                       Richard Alan Enslen
                                                     Senior United States District Judge